PER CURIAM.
We affirm the trial court’s summary denial of appellant’s motion for postconviction relief. The record conclusively refutes appellant’s claim that she pleaded unaware that she would be deported.[1]
During the plea colloquy, the following transpired:
COURT: Are you a United States citizen?
THE DEFENDANT: No.
COURT: Do you understand that this plea will subject you to deportation?
THE DEFENDANT: Yes.
COURT: Knowing that, do you still want to plead.
THE DEFENDANT: No contest.
COURT: My question is, knowing that by pleading you are going to be deported do you still want to plead?
THE DEFENDANT: Yes.
Appellant was clearly aware that her plea in this case would result in her deportation. The Padilla claim is without merit.

Affirmed.

MAY, C.J., GERBER and CONNER, JJ., concur.

. Padilla v. Kentucky, 559 U.S. 356, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010).